IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MICHAEL DEVON MILLER,**

    **Petitioner,**

v.                                                        Case No. 4:22-cv-354-AW-HTC

**RICKY D. DIXON,**

    **Respondent.**

_____/

**<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>**

Petitioner Michael Devon Miller is serving a 29½-year sentence after a jury convicted him of several offenses, including driving under the influence causing death. Pending now is his petition for § 2254 relief. ECF No. 1.

The magistrate judge thoroughly analyzed each of Miller's claims and recommends denial without an evidentiary hearing. ECF No. 15. Miller has filed objections to the report and recommendation, ECF No. 16, and I have considered de novo the issues he raised.

Having carefully considered the matter, I conclude the magistrate judge is correct. I adopt the report and recommendation in full, and I incorporate it into this order. Miller is not entitled to relief on any of his claims.

In Ground One, Miller contends the trial court should have granted his motion to suppress. The magistrate judge correctly explains that Miller had an evidentiary hearing on his motion to suppress and that he is not entitled to relief here. In his

1

objection, Miller insists there was no evidentiary hearing. ECF No. 16 at 1-2. It appears he is confused and is referring to the fact that there was no evidentiary hearing on his Rule 3.850 motion. But the magistrate judge referred to Miller's pretrial evidentiary hearing, which the record clearly shows occurred. *See* ECF No. 9-1.

Miller's objections as to the other grounds are essentially reargument, and I now overrule all of his objections.

The clerk will enter a judgment that says, "The § 2254 petition is denied." A certificate of appealability is DENIED. The clerk will close the file.

SO ORDERED on February 23, 2024.

s/ *Allen Winsor*  
United States District Judge